No. 13-13106-C

# JURISDICTIONAL QUESTION

Is the district court's June 26, 2013 order granting, in part, and denying, in part, Defendant's motion for new trial immediately appealable? *See* 28 U.S.C. § 1291; *see United States v. Martinez*, 763 F.2d 1297, 1308 (11th Cir. 1985) (noting that courts have held that a new trial order is interlocutory and does not meet the final judgment requirement of § 1291); *see also United States v. Futch*, 518 F.3d 887, 891-94 (11th Cir. 2008).