# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 12, 2013

Imhotep Alkebu-lan
Alkebu-Ian Law Office
PO BOX 31107
JACKSON, MS 39286

Appeal Number:  13-13106-C
Case Style:  USA v. Mark Myrie
District Court Docket No:  8:09-cr-00572-JSM-TGW-1

NOTICE OF APPEAL FILED: <u>July 4, 2013</u>

After review of the district court docket entries, order and/or judgment appealed from, and the notice of appeal, it appears that this court may lack jurisdiction over this appeal. If it is determined that this court is without jurisdiction, this appeal will be dismissed.

The parties are requested to simultaneously advise the court in writing within fourteen (14) days from the date of this letter of their position regarding the jurisdictional question(s) set forth on the attached page. Counsel must submit their response electronically, and do not need to provide paper copies. The responses must include a Certificate of Interested Persons and Corporate Disclosure Statement as described in Fed.R.App.P. 26.1 and the corresponding circuit rules. Requests for extensions of time to file a response may not be entertained.

After fourteen (14) days, this court will consider any response(s) filed and any portion of the record that may be required to resolve the jurisdictional issue(s). Please note that the issuance of a jurisdictional question does not stay the time for filing appellant's briefs otherwise provided by 11th Cir. R. 31-1.

Counsel who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov. The clerk may not process filings from an attorney until that attorney files an appearance form. <u>See</u> 11th Cir. R. 46-6.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Walter Pollard/aw, C
Phone #: (404) 335-6186

Enclosure(s)

JUR-1 Resp reqd JQ