## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 28, 2013

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 13-13106-CC
Case Style: USA v. Mark Myrie
District Court Docket No: 8:09-cr-00572-JSM-TGW-1

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

Eleventh Circuit Rule 31-1 requires that APPELLANT'S BRIEF BE SERVED AND FILED ON OR BEFORE October 7, 2013. APPELLANT'S APPENDIX MUST BE SERVED AND FILED NO LATER THAN 7 DAYS AFTER FILING OF THE APPELLANT'S BRIEF.

This is the only notice you will receive concerning the due date for filing briefs and appendices. Motions for extensions of time to file a brief are frowned upon by the court. See Fed.R.App.P. 28, 30, 31, 32, the corresponding circuit rules and General Order 39, for further information. If you have not entered your appearance in this appeal, please note that the clerk may not process your filings. See 11th Cir. R. 46-6. Appearance of Counsel Forms are available on the court's Web site.

Attorneys must file briefs electronically using the ECF system. Use of ECF does not modify the requirements of the circuit rules that counsel must also provide seven (7) paper copies of a brief to the court, nor does it modify the requirements of the circuit rules for the filing of appendices in a particular case.

Attorneys and pro se parties must file an appendix in conformance with 11th Cir. R. 30-1, 30-2 and General Order 39, available on the court's Web site. Pro se parties who are incarcerated are not required to file an appendix.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Joe Caruso, CC
Phone #: (404) 335-6177

BR-1 Criminal appeal briefing ntc issued