## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 03, 2013

Charles J. Ogletree Jr.

516 HAUSER HALL
1575 MASSACHUSETTS AVE
CAMBRIDGE, MA 02138

Appeal Number: 13-13106-CC
Case Style: USA v. Mark Myrie
District Court Docket No: 8:09-cr-00572-JSM-TGW-1

We have received your Appearance of Counsel Form. According to our records, you are a member of the Eleventh Circuit bar in inactive status. Unless an attorney is appearing on behalf of the United States, a federal public defender, appointed by a federal court under the Criminal Justice Act or otherwise appointed to represent a party proceeding in forma pauperis, an attorney in inactive status may not practice before the court. See 11th Cir. R. 46-2.

Please complete and return a Bar Membership Renewal Form , available on the internet at www.ca11.uscourts.gov, along with the required fee. See 11th Cir. R. 46-2. We will withhold entry of your appearance in this appeal pending renewal of your bar membership. According to our records, you are a member of the Eleventh Circuit bar in inactive status for failure to file for readmission and pay the fee. Unless an attorney is appearing on behalf of the United States, a federal public defender, appointed by a federal court under the Criminal Justice Act or otherwise appointed to represent a party proceeding in forma pauperis, the attorney in inactive status may not practice before the court. See 11th Circuit Rule 46-2. Please complete and return a bar membership renewal form, available on the internet at www.ca11.uscourts.gov, along with the required fee if you wish to maintain your bar membership with this court.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Joe Caruso/aw, CC
Phone #: (404) 335-6177

ATTY-1A Inactive status letter