## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 22, 2013

Charles J. Ogletree Jr.
Professor Charles J. Ogletree, Jr.
516 HAUSER HALL
1575 MASSACHUSETTS AVE
CAMBRIDGE, MA 02138

Appeal Number: 13-13106-CC
Case Style: USA v. Mark Myrie
District Court Docket No: 8:09-cr-00572-JSM-TGW-1

RETURNED UNFILED: This motion is returned unfiled because it requests an extension of time to file a reply to the government's response. However, the government has not filed a brief or motion in this appeal.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

MOT-11 Motion or Document Returned