## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 13-13106 |
| Plaintiff-Appellee, | D.C. No. 8:12-cr-572-T-30-EAJ |
| v. | **Motion for Leave to File a Motion for Extension of Time Out of Time** |
| **MARK MYRIE,** | |
| Defendant-Appellant. | |

Defendants-Appellants, through undersigned counsel, respectfully request from the Court an order for an extension of time out of time to January 28, 2014 to file an opening brief in this Court. Government Counsel informed undersigned counsel that they do not oppose this motion.

Defendants-Appellants have not previously requested an extension of time to file a brief. Good cause exists for this Court to grant the Defendant's request for extension. Defendant-Appellant was previously represented by David Markus and Marc Seitles, Markus & Markus, PLLC. Undersigned counsel was appointed on September 27, 2013 to represent Defendant-Appellant in current appeal proceedings. The appeal excerpt of record in this case is extensive and contains extensive motion hearings and proceedings in addition to the trial proceedings. Undersigned counsel has severe time limitations due to pre-existing commitments and the demands of a new academic year needs and has therefore not had sufficient time to prepare and file an opening brief. Undersigned counsel has also recently been diagnosed with a debilitating knee disease that will require a knee replacement surgery in early December as well as extensive physical therapy. The requested extension should be sufficient to allow newly appointed undersigned counsel time to complete and file an opening brief.

Therefore, Defendant-Appellant, through undersigned counsel, asks this Court to enter an order for an extension of time to file an opening brief to January 28, 2014.

Dated:  November 4th, 2013                    Respectfully Submitted,


                                             *s/ Charles Ogletree, Jr.*
                                             CHARLES J. OGLETREE, JR.
                                             516 Hauser Hall
                                             1575 Massachusetts Avenue
                                             Cambridge, MA 02138
                                             Tel: (617) 496-2054
                                             Fax: (617) 496-3936

                                             Attorney for Defendant-Appellant

**CERTIFICATE OF SERVICE**

I certify that on November 4th, 2013, I electronically filed the foregoing MOTION FOR EXTENSION OF TIME FOR FILING A BRIEF through the Court's CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

_s/ Charles Ogletree, Jr._
CHARLES J. OGLETREE, JR.
Attorney for Defendant-Appellant