No. 13-13106-CC

In the
United States Court of Appeals
for the Eleventh Circuit

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

v.

MARK MYRIE,
*Defendant-Appellant*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
NO. 8:09-CR-572-T-30TGW

**UNITED STATES' UNOPPOSED
MOTION FOR EXTENSION OF TIME**

A. LEE BENTLEY, III
United States Attorney

LINDA JULIN MCNAMARA
Assistant United States Attorney
Deputy Chief, Appellate Division
Florida Bar No. 714887
400 N. Tampa St., Ste. 3200
Tampa, FL 33602
(813) 274-6000

March 3, 2014

*United States v. Mark Myrie*
No. 13-13106-CC

# Certificate of Interested Persons and Corporate Disclosure Statement

The following persons have an interest in the outcome of this case:

1. Alkebu-Ian, Imhtep, Esq.;

2. Bentley, A. Lee, III, Acting United States Attorney;

3. Cushman, John H., Esq.;

4. Long, Jr., William H., Esq.;

5. Lumumba, Chokwe, Esq.;

6. Markus, David O., Esq.;

7. McNamara, Linda Julin, Assistant United States Attorney, Deputy Chief, Appellate Division;

8. Moody, Hon. James S., Jr., United States District Judge;

9. Myrie, Mark A., defendant-appellant;

10. Ogletree, Charles J., Esq.;

11. O'Neill, Robert E., former United States Attorney;

12. Preston, James C., Jr., Assistant United States Attorney;

13. Rhodes, David P., Assistant United States Attorney, Chief, Appellate Division;

14. Seitles, Marc D., Esq.;

15. Stern, Max D., Esq.; and

16. Wilson, Hon. Thomas G., United States Magistrate Judge.

\*

---

*This person is being added to the United States' initial Certificate of Interested Persons and Corporate Disclosure Statement.

# In the United States Court of Appeals
# for the Eleventh Circuit

UNITED STATES OF AMERICA,
 *Plaintiff-Appellee*,

v.              No. 13-13106-CC

MARK MYRIE,
 *Defendant-Appellant*

## United States' Unopposed Motion for Extension of Time

  The United States respectfully requests an extension of time of 30 days, until April 9, 2014, to file its brief in this case. The brief for the United States is presently due on March 10, 2014. This is our first request for an extension of time. The requested additional time is necessary for the following reasons:

  1. Defendant Mark Anthony Myrie was convicted of conspiring to possess five kilograms or more of cocaine with intent to distribute it, possession of a firearm in furtherance of that crime (based on a *Pinkerton* theory of liability), and aiding and abetting the use of a telephone to facilitate the other crimes. Doc. 280. Post-trial, the defendants alleged that one of the jurors had researched *Pinkerton* liability during the trial. Doc. 400. After the district court had conducted a series of evidentiary hearings on the allegations, the court granted

the defendants a new trial on the gun count but not on the other counts, which had not been based on *Pinkerton* liability. Doc. 465; Doc. 476 at 29–31. In this appeal, Myrie challenges the district court's failure to grant him a new trial on all counts of conviction.

    2.    Since receiving Myrie's brief in this appeal on February 4, 2013, counsel for the United States has been bogged down with appeals involving two six-day fraud trials. The United States filed its brief in *United States v. Hesser,* No. 13-11712-EE, on February 19, 2014, and plans to file its brief in *United States v. Stanton*, No. 13-13671-AA, by March 18, 2014. In addition, counsel for the United States reviewed the United States' brief in *United States v. Higginbotham,* No. 13-14757-CC, which was filed on February 18, 2014. Therefore, counsel for the United States has not yet been able to turn to this appeal. Having recently lost two experienced appellate attorneys (one due to retirement and a second due to her selection as a United States Magistrate Judge), the Appellate Division of the United States Attorney's Office for the Middle District of Florida is short-handed and, consequently, we had no other appellate attorneys available to handle this appeal.

    4.    Myrie's counsel does not oppose this motion.

Therefore, the United States requests an extension of time of 30 days, until April 9, 2014, in which to file its brief.

>Respectfully submitted,
>
>A. LEE BENTLEY, III
>United States Attorney
>
>By:   s/ Linda Julin McNamara
>LINDA JULIN MCNAMARA
>Assistant United States Attorney
>Deputy Chief, Appellate Division
>Florida Bar No. 714887
>400 N. Tampa St., Ste. 3200
>Tampa, FL 33602
>(813) 274-6000
>linda.mcnamara@usdoj.gov

3

## Certificate of Service

I certify that a copy of this motion and the notice of electronic filing was sent by CM/ECF on March 3, 2014, to:

MAX D. STERN
JOHN H. CUSHMAN

CHARLES J. OGLETREE, JR.

*Counsel for Mark Myrie*

                                            *s/ Linda Julin McNamara*
                                            LINDA JULIN MCNAMARA
                                            Assistant United States Attorney

p_Myrie, Mark_mtn for ext time to file brief ljm.docx